FILED

SEP 26 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBERTINA GONZALEZ-GONZALEZ, | No. 11-72030 |
| Petitioner, | Agency No. A098-652-147 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Albertina Gonzalez-Gonzalez, a native and citizen of Guatemala, petitions

pro se for review of the Board of Immigration Appeals' ("BIA") order denying her

motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We review

for abuse of discretion the denial of a motion to reconsider. *Mohammed v.*

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005).  We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Gonzalez-Gonzalez's motion to reconsider because she failed to identify any error of fact or law in the BIA's prior decision.  *See* 8 C.F.R. § 1003.2(b)(1).

Gonzalez-Gonzalez failed to raise a colorable due process claim.  *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

We lack jurisdiction to consider Gonzalez-Gonzalez's contention that her case warrants a favorable exercise of prosecutorial discretion.  *See Vilchiz-Soto v. Holder*, 688 F.3d 642, 644 (9th Cir. 2012) (order).  Thus, we dismiss Gonzalez-Gonzalez's motion requesting it.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**